# LAW OFFICE OF
# JAMES MONTELEON, PLLC

_____

*James Rocco Monteleon, Esq.*
Main Line: 914-600-1777
Direct Line: 914-564-5698
James@jrm.legal.com

SO ORDERED

*[signature]*

August 9, 2024

Sanket J. Bulsara, USMJ

August 9, 2024

Magistrate Sanket J. Bulsara
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

**USA v. Pham**
**24-MJ-404**

Magistrate Bulsara:

Please be reminded that the undersigned represents Defendant Long Phi Pham in the above-referenced matter.

I am requesting a modification to Mr. Pham's bail condition. Currently, he is under home confinement with an ankle monitor and limited time outside his home. With the consent of the Government and Pretrial services, I ask that Mr. Pham's bail condition be modified to include a curfew. The specific curfew time would be subject to pretrial discretion and determination. All other bail conditions would remain unchanged.

Thanking this Court for its attention to this matter, I remain,

Very respectfully yours,

*[signature: James Rocco Monteleon]*

JAMES ROCCO MONTELEON, ESQ

445 Hamilton Avenue, Suite 605, White Plains, NY 10601
Tel: (914) 600-1777 | Fax: (914) 600-1877 | www.jrm.legal